In the Matter of GEORGE F. PADDOCK, an Alleged Incompetent Person, Appellant.

OLIVE A. PADDOCK, Respondent.

*Matter of Paddock*, 146 App. Div. 903, affirmed.
(Submitted January 2, 1912; decided February 13, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1911, which affirmed an order of Special Term appointing a commission *de lunatico inquirendo,* in a proceeding for the appointment of a committee of the property of an alleged incompetent.

The following questions were certified:

" 1. Is section 2323 of the Code of Civil Procedure violative of the State or Federal Constitution in so far as it permits the maintenance of an incompetency proceeding against a non-resident of the state having property situate in the state ?

" 2. Did the judge who made the order in this case for a commission have power to make the order in view of the non-residence of George F. Paddock and the condition of his property as set forth in the papers ?"

*V. A. Kellogg* and *Thomas Burns* for appellant.

*F. B. Pitcher* for respondent.

Order affirmed, with costs; first question certified answered in the negative; second question answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.